National Corporation *v.* Brown, Appellant.

Submitted March 21, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Herbert S. Levin,* for appellant.

*Bertram Bennett,* and *Jenkins, Bennett & Jenkins,* for appellee.

OPINION PER CURIAM, April 16, 1958:

The judgment of the court below is affirmed on the opinion of President Judge BOK of the Court of Common Pleas No. 6, Philadelphia County, as reported in 12 Pa. D. & C. 2d 45.